IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Christopher Rogus | ) | CASE NO. 23-00754 |
| | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date: **Friday September 8, 2023** |
| Debtor. | ) | Time: **11:00 a.m.** |
| | ) | |

## NOTICE OF MOTION

TO: See attached list

**PLEASE TAKE NOTICE** that on **Friday September 8, 2023 at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge or any judge sitting in that judge's place, either in **Courtroom 615** of the **Everett McKinley Dirksen United States Courthouse**, at **219 South Dearborn Street, Chicago, IL 60604** or **electronically** as described below and present the **Application of Trustee For Authority To Employ Special Counsel**, a copy of which is attached.

**IMPORTANT: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** use this link: https://zoomgov.com/. Then enter the meeting and ID password. **To appear by Zoom using telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. This meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Frank J. Kokoszka

KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, IL 60603
(312) 443-9600 phone
(312) 254-3156 fax; fkokoszka@k-jlaw.com

# CERTIFICATE OF SERVICE

      I, Frank J. Kokoszka, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 1, 2023, before 5:00 p.m.

                                        /s/ Frank J. Kokoszka
                                        Frank J. Kokoszka

KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, IL 60603
(312) 443-9600 phone
(312) 254-3156 fax
fkokoszka@k-jlaw.com

# SERVICE LIST

**Via ECF Electronic Notice**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Adam G. Brief on behalf of U.S. Trustee Patrick S Layng
Adam.Brief@usdoj.gov

Frank J Kokoszka
trustee@k-jlaw.com

Justin R. Storer on behalf of Debtor 1 Christopher Rogus
jstorer@wfactorlaw.com,

**VIA US Mail**
Christopher Rogus
129 Castle Rock Lane
Bloomingdale, Il 60108

CEP AMERICA ILLINOIS LLP
C/O WAKEFIELD & ASSOCIATES LLC
PO BOX 15272
KNOXVILLE, TN 37950-1272

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 23-00754 |
| Christopher Rogus, | ) | |
| | ) | HONORABLE Janet S. Baer |
| | ) | |
| | ) | Date:  Friday, September 8. 2023 |
| Debtor. | ) | Time:  11:00 a.m. |
| | ) | Appear by Zoom or Room 615 |

### APPLICATION OF TRUSTEE FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL

Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014, Frank J. Kokoszka, as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Christopher Rogus ("Debtor"), hereby applies to this Honorable Court for authority to employ Kevin S. Besetzny and Besetzny Law ("KSB") as Special Counsel in connection with the Debtor's chapter 7 case (the "Case"). In support thereof, the Trustee attaches the Declaration of Kevin S. Besetzny as **Exhibit A** hereto and the Proposed Engagement Agreement as **Exhibit B** hereto, and respectfully states as follows:

### BACKGROUND

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the Case and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. This Case was commenced by Debtor's filing of a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on January 12, 2023 (the "Petition Date"). Frank J. Kokoszka was the duly appointed and serving chapter 7 trustee herein (the "Trustee").

4. The Trustee filed a No Asset or No Distribution Report ("NDR") and the case was closed on April 28, 2023.

5. Subsequent thereto, the Trustee was informed that the Debtor was entitled to a surplus resulting from the mortgage foreclosure on his home residence (the "Surplus"). On July 18, 2023, the Office of the US Trustee filed a Motion to Reopen Chapter 7 Case (the "Motion to Reopen").

6. On July 28, 2023, this Court entered an Order granting the UST's Motion to Reopen and Frank J. Kokoszka was appointed as the Trustee herein.

**NEED FOR SPECIAL COUNSEL AND STANDARDS FOR ENGAGEMENT**

7. The Trustee requires Counsel to appear in the State Court Case and represent the Estate's interest as to the Surplus.

8. After investigation, the Trustee has determined that he wishes to employ Kevin S. Besetzny and Besetzny Law as his Special Counsel in this matter.

9. Section 327(e) provides that the trustee may, subject to court approval, employ attorneys for a special purpose if it is in the best interest of the estate and the attorney does not have an interest adverse to the estate with respect to the matter for which employment is sought.

10. Section 327(c) then provides that an attorney is not disqualified from representing the trustee merely because the attorney also represents a creditor. Instead such representation should be approved unless there is an actual—as opposed to a potential—conflict of interest. The "part of § 327(a) which reads that attorneys for the trustee may 'not hold or represent an interest

adverse to the estate' … mean[s] that the attorney must not represent an adverse interest relating to the services which are to be performed by that attorney.*" In re AroChem Corp., 176 F.3d at 622.* "Thus, where the interest of the special counsel and the interest of the estate are identical with respect to the matter for which special counsel is retained, there is no conflict and the representation can stand." *Id.*

11. The Trustee asserts that neither Kevin S. Besetzny nor Besetzny Law represent or hold any interest adverse to the Debtor or to the Estate with respect to the matter on which they are being sought to be employed. The employment of KSB shall be limited to the Surplus and the State Court Litigation.

12. As stated in the Declaration of Kevin S. Besetzny, KSB does not have any material interest adverse to the interest of the Estate.

13. KSB meet the standard of being "disinterested persons" as defined in § 101(14).

### TERMS OF ENGAGEMENT

14. The Trustee requests that this Court approve the retention of KSB in relation to the Account Receivable. The Trustee proposes to compensate KSB at an hourly rate of $325/hour capped at 10% of the amount recovered, plus reasonable necessary expenses. See, **Exhibit B** hereto. The Trustee submits that this fee arrangement is fair to the Estate and in the Estate's best interest. KSB understand that their compensation is subject to further Court order

### PRAYER FOR RELIEF

WHEREFORE, the Trustee request that this Court enter an order, pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2015, authorizing the Trustee to employ Kevin S. Besetzny and BESETZNY LAW as Special Counsel to perform the professional services set forth in this Application and, granting such other relief as this Court deems proper and just.

                                          Respectfully submitted,
                                          Frank J. Kokoszka, Chapter 7 Trustee

Dated: September 1, 2023                By:/s/ *Frank J. Kokoszka*

Frank J. Kokoszka, Esq. ARDC #6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, IL 60603
(312) 443-9600 phone
(312) 254-3156 fax
fkokoszka@k-jlaw.com